UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK T. GRANDE,<br><br>        Plaintiff,<br><br>    v.<br><br>SHARPER FUTURE, et al.,<br><br>        Defendants. | NO. CV 19-2471-ODW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice for failure serve and failure to prosecute.

DATED: December 5, 2019

                                        OTIS D. WRIGHT, II
                              UNITED STATES DISTRICT JUDGE