UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK T. GRANDE,<br><br>        Plaintiff,<br><br>   v.<br><br>SHARPER FUTURE, et al.,<br><br>        Defendant. | NO. CV 19-2471-ODW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered dismissing this action without prejudice for failure serve and failure to prosecute.

DATED: December 5, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE